# DEBEVOISE & PLIMPTON LLP

555 13th Street, N.W.
Washington, D.C. 20004
Tel 202 383 8000
Fax 202 383 8118
www.debevoise.com

RECEIVED
2014 JUN 23 P 1:30
CLERK
ALEXANDRIA, VA

June 23, 2014

BY HAND

Clerk, U.S. District Court
Eastern District of Virginia, Alexandria Division
401 Courthouse Square
Alexandria, Virginia 22314

Dear Clerk, U.S. District Court:

    Attached please find an original copy of Plaintiff's Complaint, JS44 Civil Cover Sheet, and AO458 Appearance of Counsel Form. The Plaintiff intends to serve Defendants personally by a process service within 120 days from the date the Complaint is filed.

Very truly yours,

Ada Fernandez Johnson