```
Court Name: United States District Court
Division: 1
Receipt Number: 14603044489
Cashier ID: rbroaden
Transaction Date: 06/23/2014
Payer Name: DEBEVOISE
-----------------------------------
CIVIL FILING FEE
 For: DEBEVOISE
 Amount:        $400.00
-----------------------------------
CHECK
 Remitter: DEBEVOISE
 Check/Money Order Num: 16272
 Amt Tendered: $400.00
-----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:       $0.00

FILING FEE
114CV768
```