AO 458 (Rev. 06/09) Appearance of Counsel

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2014 JUN 23 P 1:30

CLERK US DISTRICT COURT
ALEXANDRIA, VA

| | | |
|---|---|---|
| SULEMA DIAZ-PINEDA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-768 |
| WILLIAM M. ARNEST et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SULEMA DIAZ-PINEDA

Date: 6/23/14

*Attorney's signature*

Ada Fernandez Johnson (V.A. Bar No. 42751)
*Printed name and bar number*
Debevoise & Plimpton LLP
555 13th St., N.W.
Washington, D.C. 20004

*Address*

afjohnson@debevoise.com
*E-mail address*

(202) 383-8000
*Telephone number*

(202) 383-8118
*FAX number*